*State, Respondent, v. Yong Kiang Soh, Petitioner,* No. 73836-0. Petition for review of a decision of the Court of Appeals, No. 48433-8-I, February 3, 2003, 115 Wn. App. 290. *Denied* September 30, 2003.

*City of Redmond, Respondent, v. Cent. Puget Sound Growth Mgmt. Hearings Bd., et al., Respondents, Grubb, Petitioner, Lake Wash. Youth Soccer Ass'n, Respondent, Preserve Land For Agric. Now, Petitioner,* No. 73838-6. Petitions for review of a decision of the Court of Appeals, No. 48814-7-I, March 3, 2003, 116 Wn. App. 48. *Denied* September 30, 2003.

*Nguyen, Petitioner, v. Good Chevrolet, Respondent,* No. 74172-7. Petition for review of a decision of the Court of Appeals, No. 50159-3-I, March 31, 2003, 116 Wn. App. 1026. *Denied* September 30, 2003.

State, Respondent, v. Leong, Petitioner, No. 73668-5. Petition for review of a decision of the Court of Appeals, No. 19667-4-III, October 31, 2002. *Denied* September 30, 2003.

State, Respondent, v. Aspby, Petitioner, No. 73722-3. Petition for review of a decision of the Court of Appeals, No. 48369-2-I, September 19, 2002. *Denied* September 30, 2003.

State, Respondent, v. Carpenter, Petitioner, No. 73723-1. Petition for review of a decision of the Court of Appeals, No. 48949-6-I, October 2, 2002. *Denied* September 30, 2003.

State, Respondent, v. Krup, Petitioner, No. 73726-6. Petition for review of a decision of the Court of Appeals, No. 49281-1-I, September 26, 2002. *Denied* September 30, 2003.

State, Respondent, v. Smith, Petitioner, No. 73727-4. Petition for review of a decision of the Court of Appeals, No. 49172-5-I, October 31, 2002. *Denied* September 30, 2003.